ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  )
                           )
            v.             )       *Criminal* No.  ~~Criminal~~ No.
                           )
ROGER G. STILLWELL,        )       18 U.S.C. § 1018
                           )       (Making a False Certificate or Writing)
            Defendant.     )
_____)

**FiLED**

JUN 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### INFORMATION

The United States of America charges that

### Count One

On or about October 27, 2004, in the District of Columbia and elsewhere, the defendant,

ROGER G. STILLWELL, being a public officer and other person authorized by law of the

United States to make and give a certificate and other writing, did knowingly make and deliver

as true a certificate and writing containing a statement which he knew to be materially false;

that is, as an employee of the U.S. Department of the Interior, Office of Insular Affairs, defendant

STILLWELL made and delivered an Executive Branch Confidential Financial Disclosure Report

(*i.e.*, OGE Form 450) for Fiscal Year 2003 which he certified to be "true, complete, and correct

to the best of [his] knowledge" when, as defendant STILLWELL well knew, the document

falsely certified that he did not receive reportable gifts from a prohibited source.

All in violation of Title 18, United States Code, Section 1018 (Class A Misdemeanor).

Respectfully Submitted,

PAUL E. PELLETIER
Acting Chief, Fraud Section

ANDREW LOURIE
Acting Chief
Public Integrity Section

GUY D. SINGER
NATHANIEL B. EDMONDS
Trial Attorneys
Fraud Section
U.S. Department of Justice
Washington, DC

By: _____
ARMANDO O. BONILLA
KARTIK K. RAMAN
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW – 12th Floor
Washington, DC  20005
T: 202-616-2983 / F:  202-514-3003

June 7, 2006