# United States District Court

_for the_ _____ DISTRICT OF _____ Columbia

| UNITED STATES OF AMERICA | **FILED** | CONSENT TO PROCEED BEFORE |
|---|---|---|
| V. | AUG 11 2006 | UNITED STATES MAGISTRATE IN A MISDEMEANOR CASE |

Roger G. Stillwell (NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT)   CASE NUMBER: 06-300M-01

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.

x _Rog Stillwell_
                                                                          Defendant

---

### WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury. _Rog Stillwell_
                                                                          Defendant

Consented to by United States _[signature]_
                                                                          Signature

Armando O. Bonilla
Trial Attorney, U.S. Dept. of Justice
Name and Title

---

### WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

x _Rog Stillwell_
                                                                          Defendant

---

_[signature]_                        Approved By: _[signature]_
Defendant's Attorney (if any)                        U.S. Magistrate

                                                      8-11-06
                                                      Date