# ATTACHMENT A

*Attachment A*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  )
)
        v.  )    Criminal No. **06-300M**
)
ROGER G. STILLWELL,  )    18 U.S.C. § 1018
)    (Making a False Certificate or Writing)
    Defendant.  )
)

**FILED**

**AUG 1 1 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTUAL BASIS FOR PLEA

The United States of America, by and through its undersigned attorneys within the

United States Department of Justice, Criminal Division, Public Integrity Section and Fraud

Section, and the defendant, ROGER G. STILLWELL, personally and through his undersigned

counsel, hereby stipulate to the following facts pursuant to U.S. Sentencing Guideline § 6A1.1

and Rule 32(c)(1) of the Federal Rules of Criminal Procedure:

    1.    From in or about June 2001, and continuing through all times relevant to this

Information, defendant ROGER G. STILLWELL worked for the U.S. Department of the Interior

("DOI") as a permanent employee. The DOI is a department or agency within the executive

branch of the United States Government.

    2.    At all relevant times hereto, defendant ROGER G. STILLWELL worked full-time

as the Commonwealth of the Northern Mariana Islands ("CNMI") Desk Officer within DOI's

Office of Insular Affairs, housed in the DOI Headquarters Building, located in the District of

Columbia.

    3.    Beginning in or about Fiscal Year 2001, and continuing through all times relevant

to this Information, defendant ROGER G. STILLWELL was required to complete, execute,

certify, and submit annual Executive Branch Confidential Financial Disclosure Reports
(*i.e.*, OGE Form 450) documenting, among other things, all gifts of a certain value he received
from specified sources.

4.    The Confidential Financial Disclosure Reports provided the Government with
a mechanism for determining actual or potential conflicts of interest between an employee's
public responsibilities and his or her private interests and activities. It was material to defendant
ROGER G. STILLWELL's supervisors and relevant ethics personnel that the defendant respond
accurately and truthfully about whether he received gifts in excess of a certain value from outside
sources with business before DOI because this information was used to determine whether the
defendant had actual or potential conflicts of interest.

5.    On or about October 27, 2004, defendant ROGER G. STILLWELL prepared,
executed, and certified as "true, complete, and correct to the best of [his] knowledge" a
Confidential Financial Disclosure Report wherein he falsely certified that he did not receive any
gifts from one source totaling more than $285.

6.    On or about December 12, and December 15, 2003, respectively, defendant
ROGER G. STILLWELL was offered, received, and accepted gifts from Jack Abramoff,
who at the time was a Washington, D.C. lobbyist who sought official action by DOI. The gifts
defendant STILLWELL accepted from Abramoff included:

A.    Four (4) tickets to attend the December 12, 2003 Washington Redskins
vs. the Tampa Bay Buccaneers professional football game at FedEx Field, located in
Landover, Maryland, with an approximate face value of $316 and an actual cost of
approximately $2,147.20.

B.      Two (2) tickets to attend the December 15, 2003 Simon & Garfunkel

concert at the MCI Center, located in Washington, D.C., with an approximate value

of $166.

7.      In executing, certifying, and submitting the October 27, 2004 Confidential

Financial Disclosure Report for Fiscal Year 2003, defendant ROGER G. STILLWELL knew that

his DOI supervisors and relevant ethics personnel would use the information contained therein

to determine whether an actual or potential conflict of interest existed between defendant

STILLWELL's public responsibilities and his private interest and activities.

8.      In doing so, defendant ROGER G. STILLWELL knowingly made and delivered

as true a certificate and writing he was authorized to make as a public officer containing

statements which he knew to be materially false.

Dated: June 5 , 2006

FOR THE DEFENDANT:

_Roger C. Stillwell_
ROGER G. STILLWELL
DEFENDANT

_Justin P. Murphy_
JUSTIN P. MURPHY, ESQ.
RICHARD L. BEIZER, ESQ.
Crowell & Moring
1001 Pennsylvania Ave.,
NW Washington, DC 20004
T: 202-624-2536 / T: 202-624-2590
F: 202-628-5116

FOR THE UNITED STATES:

ANDREW LOURIE
Acting Chief
Public Integrity Section

By: _Armando O. Bonilla_
ARMANDO O. BONILLA
KARTIK K. RAMAN
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW – 12th Floor
Washington, DC 20005
T: 202-616-2983 / F: 202-514-3003

–3–

PAUL E. PELLETIER
Acting Chief, Fraud Section

GUY D. SINGER
NATHANIEL B. EDMONDS
Trial Attorneys
Fraud Section
U.S. Department of Justice
Washington, DC