U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

Roger C. Stillwell

Case No. 1:06-mj-00300

**FILED**
AUG 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ____11th____ day of ____August, 2006____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _____ by __Federal Bureau of Investigation__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __the Federal Bureau of Investigation__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate)

COURT

DOJ USA-16-1-80