IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case Number: 06-300-M-01 (MJ Kay) |
| ROGER G. STILLWELL ) | |
| Defendant. ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of Justin P. Murphy as counsel in this case for Roger G. Stillwell.

9/21/2006

Date

_____
Signature

Justin P. Murphy

477718

Bar Number

1001 Pennsylvania Avenue, NW

Washington, DC  20004-2595

202-624-2500

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2006, I had one copy of Counsel's Notice of Entry of Appearance served upon all counsel of record via first class mail, addressed as follows:

Armando Bonilla
U.S. Department of Justice, Criminal Division
Public Integrity Section
The Bond Building
1400 New York Avenue., N.W.
Washington, D.C. 20005

_____
Justin P. Murphy