HONORABLE ALAN KAY, UNITED STATES DISTRICT MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :    Docket No.: <u>06-300M-01</u>

vs.                              :

STILLWELL, Roger                 :    Disclosure Date: <u>November 13, 2006</u>

**FILED**

JAN 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                    Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

(X)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Roger Stillwell by JPM_   11/27/06      _[signature]_   11/27/06
**Defendant**              Date          **Defense Counsel**   Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 27, 2006</u>, to U.S. Probation Officer <u>Elizabeth Suarez</u>, telephone number <u>(202) 565-1341</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Acting Chief
United States Probation Officer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>ROGER G. STILLWELL,  )<br>)<br>Defendant.  )<br>_____) | Criminal No. 06-300 (D.D.C.)<br><br>(Sentencing Date: December 18, 2006)<br><br>(Magistrate Judge Alan Kaye) |

**ATTACHMENT TO RECEIPT AND ACKNOWLEDGEMENT OF
PRESENTENCE INVESTIGATION REPORT**

Defendant Roger Stillwell, through counsel, respectfully submits this Attachment to the Receipt and Acknowledgement of Presentence Investigative Report ("PSI Report") in anticipation of the sentencing hearing in this matter on December 18, 2006. This Attachment sets forth the material and/or factual inaccuracies that are present in the November 13, 2006 PSI Report.

1.  PSI Report Paragraph 34. The last two sentences of paragraph 34 state that "The defendant reported that he shares a very good relationship with his children. They are unaware of the instant offense." This statement is incorrect. Mr. Stillwell's sons are fully aware of the current criminal charges against him and have been from the beginning. In each instance, Mr. Stillwell's sons have been fully supportive on an emotional level.

2.  PSI Report Paragraph 36. The PSI Report states that Mr. Stillwell's "overall health is good." In fact, Mr. Stillwell has several serious health conditions. Mr. Stillwell states that:

    a) He has been diagnosed with heart failure caused by an excessive buildup of water in the body. The Lasix medication helps relieve this problem when taken daily.

b) More seriously, he has a leaky heart mitral valve which will likely need replacing in the next year;

c) Mr. Stillwell's doctors discovered approximately six weeks ago that he is suffering from Atrial Firbrillation, a problem with his heart's rhythm. This means that the top part of the heart does not pump blood into the lower chambers in a synchronized pattern as it should. Coumedin was immediately prescribed on a daily basis to ensure that he does not develop a blood clot which could lead to a stroke. The primary effect of this is a decreased flow of blood to his system and periodic heart pain;

d) He has severe and painful osteoarthritis of the right knee and other joints which creates stiffness and makes it difficult to walk more than short distances;

e) Finally, in addition to the medications noted in PSI Report Paragraph 36, Mr. Stillwell also takes Hytrin (a beta blocker for heart problems), Prinivil (daily hypertension medication) and Potassium (taken daily for his heart).

3. PSI Report Paragraph 41. The PSI Report states under "Unencumbered Assets" that Mr. Stillwell owns two vehicles: a 2001 Mercury Sedan with an estimated value of $7,250.00 and a 1999 Volkswagen with an estimated value of $8,825.00. However, the Edmunds.com used car appraiser estimates that the (1) 2001 Mercury Sedan has a "dealer retail" price of $6,697, a "private party" value of $5,464 and a "trade-in" value of $4,243; and the (2) 1999 Volkswagen Cabrio has a "dealer retail" of $8,184, a "private party" value of $6,949 and a "trade-in" value of $5,816 (see attached Edmunds.com used car appraisals).

4. PSI Report Paragraph 42. The PSI Repot states that Defendant's Monthly Net

Income is $3,168.00. This figure represents an estimate provided by Mr. Stillwell to the Probation Office before he began to receive his pension payments. The actual income Mr. Stillwell receives from his federal pension is lower than anticipated; $1,940 per month. Mr. Stillwell also receives $991 in monthly Social Security payments for a combined monthly total of $2,931. This amount is $237 less per month than the PSI Report's figure of $3,168, and results in a Total Monthly Income of $4,931 rather than $5,168.

In addition, after conferring with his wife who pays the household bills, Mr. Stillwell noted several minor errors in the "Necessary Living Expenses" section. The correct monthly Verizon home telephone bill is $47.95, not $35. The monthly Pepco electric bill is $80, not $45. In addition, Mr. Stillwell neglected to provide the Probation Office with a monthly $50 gasoline estimate for both cars and a monthly television and internet bill of $70. These corrected Necessary Living Expenses result in a monthly Total Expenses total of $4,182.95, rather than the $4,015.00 in the PSI Report.

5.  PSI Report Paragraph 43. Based on the corrected Total Monthly Income and corrected Necessary Livings Expenses amounts in Paragraph 42, Mr. Stillwell's net monthly cash flow is $748.05 rather than the $1,153 listed in the PSI Report.

Dated: 11/27/06            Signed by: _____
                                       Justin P. Murphy
                                       Crowell & Moring LLP
                                       1001 Pennsylvania Avenue, NW
                                       Washington, D.C. 20004
                                       202-624-2500

                                       Counsel for Roger G. Stillwell

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November 2006, I caused one copy of the Receipt and Acknowledgment of Presentence Investigation Report and attachments to be served by facsimile as set forth below:

Elizabeth Suarez
U.S. Probation Officer
(f) 202-273-0242

Armando Bonilla
Assistant United States Attorney
(f) 202-524-3003

Dated: November 27, 2006

_____
Justin P. Murphy

Used Car Appraiser
Back

**STEP 5 Review Edmunds.com Pricing Report**

True Market Value® Pricing

2001 Mercury Sable LS Premium 4dr Sedan (3.0L 6cyl 4A)

| | Trade-In | Private Party | Dealer Retail |
|---|---|---|---|
| National Base Price | $4,528 | $5,595 | $6,580 |
| Optional Equipment | $676 | $819 | $1,056 |
| Front Side Airbags | $69 | $84 | $108 |
| Power Front Passenger Seat | $62 | $75 | $97 |
| Power Moonroof | $159 | $192 | $248 |
| Chrome Wheels | $53 | $64 | $82 |
| Premium Audio System | $119 | $144 | $186 |
| 6 Passenger Seating | $0 | $0 | $0 |
| Traction Control | $31 | $38 | $49 |
| 4-Wheel ABS | $121 | $147 | $189 |
| Compact Disc Changer | $62 | $75 | $97 |
| Color Adjustment Silver | $35 | $43 | $50 |
| Regional Adjustment for Zip Code 20878 | $15 | $18 | $22 |
| Mileage Adjustment 95,000 miles | $-1,011 | $-1,011 | $-1,011 |
| Condition Adjustment Clean | $0 | $0 | $0 |
| **Total** | **$4,243** | **$5,464** | **$6,697** |

Everyone is raving about the all-new Yahoo! Mail beta.

11/27/2006

Used Car Appraiser
Back

## STEP 5 Review Edmunds.com Pricing Report

**True Market Value® Pricing**

1999 Volkswagen Cabrio 2 Dr GLS Convertible

| | Trade-In | Private Party | Dealer Retail |
|---|---|---|---|
| National Base Price | $4,317 | $5,379 | $6,484 |
| Optional Equipment | $341 | $416 | $550 |
| Front Side Airbags | $67 | $82 | $108 |
| Compact Disc Changer | $84 | $102 | $135 |
| 4-Speed Automatic Transmission | $148 | $181 | $239 |
| Heated Front Seats | $42 | $51 | $68 |
| Color Adjustment — Dark Blue | $-30 | $-37 | $-45 |
| Regional Adjustment for Zip Code 20878 | $14 | $17 | $21 |
| Mileage Adjustment — 50,000 miles | $1,174 | $1,174 | $1,174 |
| Condition Adjustment — Clean | $0 | $0 | $0 |
| **Total** | **$5,816** | **$6,949** | **$8,184** |

Certified Used Vehicle                                                                                 N/A

Price Another Vehicle
Print Private Party Window Sticker | Print Dealer Window Sticker

Cheap Talk? Check out Yahoo! Messenger's low PC-to-Phone call rates.

11/27/2006